435 A.2d 653

Commonwealth v. Fishel, Appellant.

Submitted March 6, 1980. Marilyn C. Zilli, Assistant Public Defender, for appellant; Marion E. Mac Intyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Order affirmed.